# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL C. WYATT II,<br><br>Defendant. | Case No. 6:24-mj-00021-HBK<br><br>ORDER FOR RELEASE<br><br>(Doc. No. 15) |

Upon consideration of Defendant Daniel C. Wyatt's motion for order of release, IT IS HEREBY ORDERED that the motion (Doc. NO. 15) is GRANTED. Mr. Wyatt shall be released on April 20, 2025 for completion of his 3-day term of imprisonment with credit for one day served. He is further ordered to surrender in the Eastern District of California as instructed by the United States Marshal.

Dated:   April 4, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE