## IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:24-mj-00021-HBK |
| Plaintiff, | |
| v. | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| DANIEL C WYATT II | |
| Defendant. | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**          36 C.F.R. § 4.23 (a)(2); 36 C.F.R. § 4.22(b)(3)

**Sentence Date:**          February 18, 2025

**Review Hearing Date:**          March 10, 2026

**Probation Expires On:**          February 18, 2028

## CONDITIONS OF UNSUPERVISED PROBATION:

☒          **Obey all federal, state and local laws**; and

☒          **Monetary Fines & Penalties in Total Amount of:**  $1010.00 which Total Amount is made up of a Fine: $ 990.00 Special Assessment: $     20.00 Processing Fee: $ Choose an item. Restitution: $

☐          Payment schedule of $          per month by the          of each month.

☐          **Community Service hours Imposed of:**

☒          **Other Conditions:**  Mr. Wyatt was ordered to serve three days in custody; attend 1 AA Meeting weekly for 12 months; complete the multi-offender DUI course while on probation; and install an ignition device to be maintained for 24 months.

## DEFENSE POSITION:

☒          To date, Defendant has paid a total of $ 1010.00
          ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                            Amount:  $

☐          To date, Defendant has performed Click here to enter text.  hours of community service.

☒          Compliance with Other Conditions of Probation:  Mr. Wyatt had an interlock device installed on his vehicle and continues to maintain it as ordered. The USMS confirmed his designation through the Bureau of Prisons on 4/15/2025, and he self-surrendered to serve his sentence as ordered on 4/18/25.  Additionally, Mr. Wyatt has participated in his AA sessions for 12 months.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

**GOVERNMENT POSITION:**

☒      The Government agrees to the above-described compliance.

☐      Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐      Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

     If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐      The Government disagrees with the following area(s) of compliance:

Government Attorney:  Briana Vollmer, Rule 180

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report and due to defendant's school schedule, the defendant moves for the following:

☒      that the review hearing set for 3/10/2026 at 10 am

     ☒      be continued to 4/13/2027 at 10:00 a.m.  Mr. Wyatt's is currently in his second semester at Fresno City College, pursuing a degree in Computer Network Security.  He respectfully requests that this Court continue the scheduled Review Hearing given that it coincides with his midterm exam schedule.

☐      that Defendant's unsupervised probation be terminated, and that the case be closed.

DATED:  2/25/2026

*/s/ Lisa Ndembu Lumeya*
DEFENDANT'S COUNSEL

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒      GRANTED.  The Court orders **that the Review Hearing set for March 10, 2026 at 10:00 a.m. be continued to April 7, 2026  at 10:00 a.m.**

☐      DENIED.

Dated:     February 25, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)